UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE GUADALUPE<br>　　VELASQUEZ-FELIX,<br>aka Jose Luis<br>　　Velasquez-Felix,<br>aka Jose Velazquez-Felix,<br><br>　　　　Defendant. | Case No. 98CR1349-BTM<br><br>JUDGMENT AND ORDER OF<br>DISMISSAL OF COMPLAINT AND<br>RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the complaint in the above entitled case be dismissed without prejudice, and the arrest warrant be recalled.

IT IS SO ORDERED.

DATED: August 20, 2013

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court